# Court of Appeals
# of the State of Georgia

ATLANTA,  June 30, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0379. STEPHEN CHRISTOPHER PLUNKETT v. TERRY BERNARD, CHAIRMAN, STATE BOARD OF PARDONS & PAROLES.**

Prison inmate Stephen Christopher Plunkett filed this application for discretionary appeal from the denial of his mandamus petition. He did not include a stamped "filed" copy of the order which is being appealed as required by Court of Appeals Rule 31 (c).

On June 15, 2021, this Court issued an order directing Plunkett to supplement his discretionary appeal application with a stamped "filed" copy of the order being appealed within 10 days of the date of our order, and stating that the stamped order will be deemed filed on the date it is received in our Clerk's office and that his failure to file the stamped order as directed will result in the dismissal of his application. As of the date of this order, no stamped order has been received by the Clerk's office.

Accordingly, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/30/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk. *Stephen E. Castlen*